**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Melissa A. Pulsipher

Appellate case numbers:   01-15-00171-CV
                          01-15-00172-CV

Trial court case numbers: 13CP0049
                          15CP0007

Trial court:                306th District Court of Galveston County

Relator's Second Redacted Petition for Writ of Mandamus filed on March 2, 2015 still contains at least one reference to the name of a child who is the subject of a parental termination case in violation of Texas Rule of Appellate Procedure 9.8. We **STRIKE** the Second Redacted Petition for Writ of Mandamus and **ORDER** relator to again refile a compliant petition within 10 days of the date of this order.

The missing redaction can be found on page 156 of the .pdf version of the filing (in the index to the reporter's record which is included as an exhibit).

When briefs are filed in this Court, they are posted on our external website. This includes any attachments to filings pulled from the official clerk's or reporter's records. Those documents become text searchable on the internet, and in the future if a web browser search is run for either of these children's names, the documents may be discovered. Therefore, for the benefit of all counsel, we want to make it clear that it is imperative Texas Rule of Appellate Procedure 9.8 be strictly complied with in all filings in this case.

Again, this order does not affect the deadline for responses to the petition from real parties in interest, which remains March 16, 2015.

It is so ORDERED.


Judge's signature: __/s/_ Harvey Brown
                          X  Acting individually


Date:  March 5, 2015